IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDICAL TECHNOLOGY AND INNOVATIONS, INC., <br> Plaintiff, <br><br> v. <br><br> LENSCRAFTERS, INC., and LUXOTICA GROUP S.p.A., <br> Defendants. | : <br> : <br> : <br> : CIVIL ACTION NO. 1:CV-00-0494 <br> : (Judge Kane) <br> : <br> : <br> : <br> : |

**FILED
HARRISBURG

OCT - 4 2002

MARY E. D'ANDREA, CLERK
Per_____
     DEPUTY CLERK**

**ORDER**

AND NOW, this 4th day of October, 2002, **IT IS HEREBY ORDERED THAT** a telephone conference has been scheduled for October 23, 2002, at 9:30 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge