IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE NO: **1:CV-00-494**

DATE: **October 23, 2002**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TELEPHONE CONFERENCE**

Time Commenced: **9:45 a.m.**   Time Terminated: **9:50 a.m.**

**APPEARANCES:**

| Plaintiff: | Defendant: |
|---|---|
| Eric Keepers, Esquire | Thomas Schmidt, Esquire |

FILED
HARRISBURG
OCT 2 8 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## REMARKS