

### OFFICE OF THE CLERK

### UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT OF PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
*Clerk of Court*

*(717) 221-3920*
*FAX   (717) 221-3959*

May 5, 2003

**FILED**
HARRISBURG

MAY - 5 2003

MARY E. D'ANDREA, CLERK

Per_____
DEPUTY CLERK

Joseph Roda, Esquire
Roda & Nast
801 Estelle Drive
Lancaster, PA  17601

IN RE:          Medical Technology v. Lenscrafters, Inc., et al. - Case No. 1:CV-00-494

Dear Counsel:

Please be advised you are hereby directed to submit a status report to the Honorable Yvette Kane at P.O. Box 11817, Harrisburg, PA 17108 on or before May 19, 2003.

Additionally, you are directed to file a signed copy of same with the Clerk of Court at P.O. Box 983, Harrisburg, PA 17108, within the above deadline.

Thank you for your consideration in this matter.

Very truly yours,

MARY D'ANDREA, CLERK

Jennifer Kennedy
Deputy Clerk

cc:    Judge Yvette Kane