IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEDICAL TECHNOLOGY AND INNOVATIONS, INC., | : | Case No. 1:CV-00-0494 |
| | : | |
| | : | (Judge Kane) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LENSCRAFTERS, INC. and LUXOTTICA GROUP S.p.A., | : | JURY TRIAL DEMANDED |
| | : | |

**FILED**
HARRISBURG, PA

MAY 0 9 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## PLAINTIFF'S STATUS REPORT

Plaintiff submits this status report in accordance with the letter of Deputy Clerk Jennifer Kennedy dated May 5, 2003. An arbitration panel has been appointed and the following deadlines have been established:

| | |
|---|---|
| 7/1/03: | Document production to be completed |
| 10/30/03: | Depositions to be completed |
| 12/1/03: | Expert reports |
| 12/1/03: | Proposed stipulations |
| 1/5/04: | Responsive expert reports |
| 1/5/04: | Responses to proposed stipulations |
| 2/4/04: | Pre-arbitration briefs |
| 2/16/04: | Hearing |

Respectfully submitted,

JOSEPH F. RODA
Atty. I.D. No. 20615

ERIC L. KEEPERS
Atty. I.D. No. 75570

RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA  17601
(717) 892-3000

DATED: May 8, 2003

# CERTIFICATE OF SERVICE

I hereby certify that I have today caused to be served, via facsimile, a

copy of the foregoing Plaintiff's Status Report on the following:

Thomas B. Schmidt, Esquire
Pepper Hamilton, LLP
200 One Keystone Plaza
North Front and Market Streets
Harrisburg, PA 17108
FAX: 717-238-0575

Mark A. Vander Laan, Esquire
Jeffery P. Hinebaugh, Esquire
Dinsmore & Shohl, LLP
1900 Chemed Center
255 East 5th Street
Cincinnati, OH 45255
FAX: 513-977-8141

ERIC L. KEEPERS

DATED: May 8, 2003