# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHAMBERS OF**<br>**YVETTE KANE**<br>**JUDGE** | **FEDERAL BUILDING & COURTHOUSE**<br>**228 WALNUT STREET**<br>**P.O. BOX 11817**<br>**HARRISBURG, PA 17108-1817** |

September 15, 2004

Joseph F. Roda, Esquire
RODA & NAST, PC
801 Estelle Drive
Lancaster, PA 17601

      Re:    <u>Medical Technology v. Lenscrafters, Inc., et al.</u> – Case No. 1:CV-00-494

Dear Counsel:

    Please be advised you are hereby directed to submit a status report to the Honorable Yvette Kane at P.O. Box 11817, Harrisburg, PA 17108 on or before September 24, 2004, and continue to file a status report every 60 days until this case can either be terminated or proceed forward.

    Additionally, you are directed to file a signed copy of same with the Clerk of Court at P.O. Box 983, Harrisburg, PA 17108, within the above deadline.

    Thank you for your consideration in this matter.

                                                                              Sincerely,

                                                                              s/ Dawn McNew
                                                                             Dawn McNew
                                                                             Judicial Assistant to Judge Kane