IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDICAL TECHNOLOGY AND INNOVATIONS, INC., | Case No. 1:CV-00-0494 |
| Plaintiff, | Judge Kane |
| vs. | |
| LENSCRAFTERS, INC., and LUXOTTICA GROUP SpA, | **PRAECIPE** |
| Defendants. | |

This is to advise the Court that attorney Kate E. Moriarty, Ohio Bar Number 0067274, is no longer associated with the law firm of Dinsmore & Shohl LLP and, therefore, has no involvement in the above-captioned case.

Respectfully submitted,

/s/ Mark A. Vander Laan
Mark A. Vander Laan (OH0013297)
(E-Mail: mark.vanderlaan@dinslaw.com)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202
Phone: 513-977-8200
Fax: 513-977-8141

Attorney(s) For Defendants