ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEDICAL TECHNOLOGY AND INNOVATIONS, INC., | : | Case No. 1:CV-00-0494 |
| | : | |
| | : | (Judge Kane) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LENSCRAFTERS, INC. and LUXOTTICA GROUP S.p.A., | : | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
FEB 08 2005
MARY E. O'ANDREA, CLERK
Per _____

### PLAINTIFF'S STATUS REPORT

Plaintiff submits this status report in accordance with the letter of Deputy Clerk Kevin J. Neary dated February 2, 2005.

The arbitration of MTI's claims against LensCrafters is scheduled for March 21, 2005. LensCrafters has requested a conference call with the arbitration panel to seek a continuance of the arbitration, but MTI is opposed to any continuance. The arbitration has already been rescheduled six times. It was originally scheduled for February 16, 2004, and was then rescheduled to: April 19, 2004, June 1, 2004, September 20, 2004, October 4, 2004, December 10, 2004, and most recently to March 21, 2005.

Respectfully submitted,

*[signature]*

JOSEPH F. RODA
Atty. I.D. No. 20615

ERIC L. KEEPERS
Atty. I.D. No. 75570

RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA  17601
(717) 892-3000

DATED: February 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have today caused to be served, via facsimile, a copy of the foregoing Plaintiff's Status Report on the following:

> Jeffery P. Hinebaugh, Esquire
> Dinsmore & Shohl, LLP
> 1900 Chemed Center
> 255 East 5th Street
> Cincinnati, OH 45255
> FAX: 513-977-8141

*[signature]*
ERIC L. KEEPERS

DATED: February 7, 2005

# RODA · NAST, P.C.
ATTORNEYS AT LAW
801 ESTELLE DRIVE
LANCASTER, PENNSYLVANIA 17601

JOSEPH F. RODA
DIANNE M. NAST
MICHAEL G. NAST
ERIC L. KEEPERS
MICHELE STAWINSKI
ALISON F. BAZELEY
DANIEL N. GALLUCCI
JENNIFER S. SNYDER
STEVEN L. O'DONNELL
ERIN C. BURNS
JOANNE E. MATUSKO

TELEPHONE
(717) 892-3000

FACSIMILE
(717) 892-1200

RODA_NAST@RODANAST.COM

February 7, 2005

The Honorable Yvette Kane
United States District Court
For the Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street, P.O. Box 11817
Harrisburg, PA 17108

    Re:   Medical Technology and Innovations, Inc. v. LensCrafters, Inc., *et al.*
            Case No. 1:00-CV-00494

Dear Judge Kane:

    Enclosed please find Plaintiff's case status report in the above-referenced matter. The original has been sent to the Clerk of Court for filing.

                                     Sincerely,

                                     Eric L. Keepers

ELK:sms
Enclosure (1)
cc: Mary E. D'Andrea, Clerk of Court (via first class mail, w/original)
    David E. Lehman, Esquire (via facsimile, 717-237-5300, w/encl.)
    Thomas B. Schmidt, Esquire (via facsimile, 717-238-0575, w/encl.)
    Mark A. Vander Laan, Esquire (via facsimile 513-977-8141, w/encl.)
    Jeffery P. Hinebaugh, Esquire (via facsimile 513-977-8141, w/encl.)