IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEDICAL TECHNOLOGY AND INNOVATIONS, INC.** | : Case No. 1:00-CV-00494 :<br>: Judge Kane |
| Defendant, | : |
| v. | : **STATUS REPORT OF DEFENDANT** |
| **LENSCRAFTERS, INC., and LUXOTTICA GROUP SPA** | : **LENSCRAFTERS, INC.** : |
| Plaintiffs. | : |

This case was originally filed by Plaintiff on February 14, 2000. On January 21, 2005, almost five years after filing its original Complaint, Plaintiff provided to Defendant for the first time four expert reports in which Plaintiff claims damages of approximately $42,000,000.00.

This case is currently set for arbitration before the American Arbitration Association on March 21, 2005. LensCrafters has requested a brief continuance of the hearing in order to allow it sufficient time to retain appropriate expert witnesses, and to have those witnesses prepare reports in response to Plaintiff's recently submitted expert reports.

Respectfully submitted,

Mark A. Vander Laan (0013297)
Jeffrey P. Hinebaugh, Esq. (0059888)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8200
(513) 977-8141 -- fax

**Attorney for Plaintiff
LensCrafters, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by regular mail this 8th day of February, 2005, to the following:

Joseph F. Roda, Esq  
Roda & Nast, P.C.  
801 Estelle Drive  
Lancaster, PA  17601

Eric L. Keepers, Esq.  
Roda & Nast, P.C.  
801 Estelle Drive  
Lancaster, PA  17601

1113980  
165-39

2