IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MEDICAL TECHNOLOGY AND )
INNOVATIONS, INC. )
                     Plaintiff, ) Civil Action No. 1:CV-00-0494
                      ) (Judge Kane)
   - against - )
                      )
LENSCRAFTERS, INC. and LUXOTTICA )
GROUP S.p.A., )
                     Defendants. )

FILED
HARRISBURG, PA
JUL 28 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel of record on behalf of their respective clients and pursuant to Fed. R. Civ. P. 41(a) that the above-captioned action be and hereby is dismissed with prejudice and with each party to bear its own costs, fees and expenses, including attorneys' fees.

RODA & NAST, P.C.

By _____
Joseph F. Roda (PA 20615)
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
Attorneys for Plaintiff

PEPPER HAMILTON, LLP

By _____
Thomas B. Schmidt, III (PA 19196)
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181
(717) 255-1155
Attorneys for Defendants

Dated: July 26, 2005

Dated: July 27, 2005