OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983



**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

March 26, 2007

Thomas B. Schmidt, Esq.
200 One Keystone Plaza
100 Market Street
Harrisburg, PA 17101

FILED
HARRISBURG, PA
MAR 30 2007
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE:   Medical Technology and Innovations, Inc. V. Lenscrafters, Inc. And Luxottica Group
      District Court No. 1:CV-00-494

Dear Mr. Schmidt,

The enclosed documents were filed with our court under seal. Pursuant to your letter to the Court dated January 31, 2007 where you requested the return of such documents, documents 33, 36 and 37 are being returned to you for final disposition.

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to our office at:

   228 Walnut Street, Room 1060
   Harrisburg, PA   17108
   ATTN: Shawna L. Cihak

Thank you,

*Shawna L. Cihak*
Shawna L. Cihak
Courtroom Deputy to
Chief Judge Yvette Kane

3-28-07